UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RESHARD,

                Plaintiff,

-against-

CITY OF NEW YORK DEPT. OF CORRECTION, *et al.*,

                Defendants.

24-CV-2531 (LTS)

ORDER DIRECTING PRISONER AUTHORIZATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 8, 2024, the Court directed Plaintiff to submit a prisoner authorization within 30 days and indicated in the order that a blank prisoner authorization for Plaintiff's use was attached. The order was mailed to Plaintiff without a prisoner authorization, however; rather, the order included an application to proceed *in forma pauperis* ("IFP"), which Plaintiff had already submitted. On April 8, 2024, the order was mailed to the Eric M. Taylor Center ("EMTC") on Rikers Island where Plaintiff had been in pre-trial detention. The Court later learned, however, that Plaintiff was transferred to the Robert N. Davoren Center ("RNDC"), also on Rikers Island. On May 21, 2024, the Clerk's Office remailed the April 8, 2024 order to Plaintiff at the RNDC. On May 29, 2024, the Court received Plaintiff's IFP application.

      Because the order directing Plaintiff to file a prisoner authorization did not include such a form, the Court grants Plaintiff additional time to file the prisoner authorization. Within 30 days of the date of this order, Plaintiff must submit the prisoner authorization and label the form with docket number 24-CV-2531 (LTS).

      No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 26, 2024
         New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge