UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin Reshard

                Plaintiff,

-against-

City of New York et al

                Defendant(s).

24-CV-02531
WAIVER OF SERVICE OF
SUMMONS EXECUTED

     Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

**CO Skyler Richard**

Dated:    December 16, 2024
          New York, New York

s/

Howard Sterinbach
Assistant General Counsel
New York City Department of Correction
718-546-0816