

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSEPH ZANGRILLI**<br>*Senior Counsel*<br>Phone: (212) 356-2657<br>Fax: (212) 356-3509<br>jzangril@law.nyc.gov |

December 16, 2024

**By ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY, 10007

                Re:    <u>Kevin Reshard v. City of New York et al.</u>,
                      24-CV-02531 (MKV)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter. I write in response to the <u>Valentin</u> Order issued by Your Honor on September 24, 2024, (<u>see</u> ECF No. 12), to: (1) provide the identity of the Jane Doe Correction Officer that Plaintiff seeks to name in his Complaint, (<u>see</u> ECF No. 1); and (2) confirm that an electronic request for a waiver of service can made for Jane Doe #1 under the e-service agreement for cases involving Department of Correction ("DOC") defendants.

      First, upon information and belief, the name, shield number, and service address for the Jane Doe #1 is:

- Skyler Richard (shield #12437)
  Eric M. Taylor Center (EMTC)
  10-10 Hazen Street
  East Elmhurst, NY 11370

      Second, a waiver of service was filed on behalf of Skyler Richard earlier today by a representative from the DOC and the deadline to answer or respond is February 14, 2025.

Defendant City thanks the Court for its time and consideration to this matter.

>Respectfully submitted,
>
>*Joseph Zangrilli /s/*
>
>Joseph Zangrilli
>*Senior Counsel*
>Special Federal Litigation

Cc: **By First Class Mail**
Kevin Reshard
19460-511
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232