USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN L. RESHARD,

                      Plaintiff,

-against-

CITY OF NEW YORK, CAPTAIN LASHAWN DECOSTA, and SKYLER RICHARD,

                      Defendants.

24-CV-2531 (MKV)

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Defendant City of New York and Defendant Decosta's letters regarding an anticipated motion to dismiss in this case. [ECF Nos. 21, 22]. Defendant Richard is required to respond by February 14, 2025. [ECF No. 19]. Based on the Court's careful review of the letters submitted, a pre-motion conference is not necessary.

      IT IS HEREBY ORDERED that, by February 14, 2025, Plaintiff shall file a letter informing the Court and Defendants whether Plaintiff intends to file an amended complaint. **This will be Plaintiff's last opportunity to amend in response to any issue raised in the parties' pre-motion letters.**

      IT IS FURTHER ORDERED that, if Plaintiff elects to amend, he shall file the amended complaint by March 14, 2025. All Defendants shall respond within 14 days. If Defendants respond with a motion to dismiss, Plaintiff shall file his opposition on or before April 25, 2025. Any Reply is due on or before May 2, 2025.

      IT IS FURTHER ORDERED that, if Plaintiff elects not to amend, all Defendants shall file their contemplated motion by March 28, 2025. Plaintiff shall file his opposition on or before April 25, 2025. Any Reply is due on or before April 4, 2025.

Any request for an extension or adjournment by Defendants shall be made by letter filed on ECF and must be received at least 48 hours before the deadline. Any request for an extension or adjournment by Plaintiff shall be made through the pro se office of litigation.

The Clerk of Court respectfully is requested to terminate the letter motions pending at docket entries 21 and 22.

The Clerk of Court respectfully is requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Date: January 10, 2025**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**