```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN L. RESHARD,

                Plaintiff,

-against-

CITY OF NEW YORK, CAPTAIN LASHAWN DECOSTA, and SKYLER RICHARD,

                Defendants.

24-CV-2531 (MKV)

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, proceeding *pro se*, initiated this action by filing a complaint on April 2, 2024. [ECF No. 1]. Defendants, with leave of the Court, moved to dismiss the Complaint. [ECF No. 26]. As of the date of this Order Plaintiff has failed to oppose Defendants' motion or to otherwise prosecute his case. Defendants have asked this Court to treat Defendants' motion to dismiss as unopposed. [ECF No. 29].

    Accordingly, IT IS HEREBY ORDERED that, **on or before June 2, 2025**, Plaintiff must file his opposition to Defendants' motion to dismiss. **Plaintiff is on notice that failure to oppose Defendants' motion may result in dismissal of his claims** for failure to prosecute his case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The Clerk of Court respectfully is requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Date: May 5, 2025**
**New York, NY**

                                                      MARY KAY VYSKOCIL
                                                      United States District Judge